Brian Kenner, PH: 760 473-4958; bkenner@learningframework.com
Kathleen Kenner, PH: 760 473-5681; kkenner@learningframework.com

17550 Harrison Park Rd.
P.O. Box 427
Julian, CA 92036

Pro Se

**FILED**
JUN 21 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## FOR THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Kenner, an individual, and Kathleen Kenner, an individual,<br><br>Plaintiffs<br><br>v.<br><br>E. Kelly, an individual, J. Plasky, an individual, C. Rose, an individual, Pittner, an individual, Crawford, an individual, Blizzard, an individual, Becerra, an individual, Shaughnessy, an individual, Alito, an individual, Meigs, an individual, Barbara Dunn, an individual, Lacey Dunn and Do, A Professional Corporation, and Does 1-25<br><br>Defendants. | Case No. 10CV2105-BTM-WVG<br><br><br><br><br><br><br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

Notice is given that Brian and Kathleen Kenner, plaintiffs, in the above named case, appeal to the United States Court of Appeals for 9th Circuit from the judgment "The court grants IRS Defendants' motion to dismiss for lack of subject matter jurisdiction and for failure to state a claim with prejudice; grants Dunn Defendants' motion to dismiss for failure to state a claim with prejudice", entered in this action on May 27, 2011.

Case No: 10CV2105-BTM-WVG

1 | Dated: Jun-21-2011         Brian Kenner, Pro Se

2 | *[signature: Brian Kenner]*

3 | Dated: Jun-21-2011         Kathleen Kenner, Pro Se

4 | *[signature: Kathleen Kenner]*

---

1                                      Case No: 10CV2105-BTM-WVG

RICO APPEAL